IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:04cr172HTW-AGN

FRED JACKSON

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Indictment against FRED JACKSON, with prejudice.

DUNN LAMPTON
United States Attorney

By:   s/ G. Wood Bond
G. WOOD BOND
Assistant U.S. Attorney
MS Bar No. 3623

Leave of Court is granted for the filing of the foregoing dismissal with prejudice.

ORDERED this 10th day of February, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE